**FILED**
JUN 18 2008
Clerk, U.S. District and
Bankruptcy Courts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Gary William Holt *et al.*,                )
                                            )
      Petitioners,                  )
                                            )
v.                                          )   Civil Action No.   08 1043
                                            )
George W. Bush *et al.*,                   )
                                            )
      Respondents.                  )

ORDER

For the reasons stated in the accompanying Memorandum Opinion, it is this 16th day of June 2008,

ORDERED that each petitioner's application to proceed *in forma pauperis* is GRANTED; and it is

FURTHER ORDERED that pursuant to 28 U.S.C. § 1915A, this case is DISMISSED with prejudice as frivolous.[1] This is a final appealable Order.

*Ricardo M. Urbina*
United States District Judge

---

[1] Petitioners are advised that a dismissal as frivolous qualifies as a strike under 28 U.S.C. § 1915 (g), which limits a prisoner's ability to proceed *in forma pauperis* in federal court when certain conditions are satisfied.