FILED

JUL 2 2 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Gary William Holt *et al.*, | ) |
| | ) |
| Petitioners, | ) |
| | ) |
| v. | )   Civil Action No. |
| | ) |
| George W. Bush *et al.*, | ) |
| | ) |
| Respondents. | ) |

ORDER

Petitioners move for relief from the final order entered on June 18, 2008, dismissing this case as frivolous. Because petitioners merely reiterate previously considered arguments, no grounds exist for vacating the dismissal order. Accordingly, it is

ORDERED that petitioners' Motion for Relief from Judgment and/or Order [Dkt. No. 29] is DENIED.

/s/ Colleen Kollar-Kotelly
United States District Judge

7/15/08

30